```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 34559
   CHARLES EDWARD FRIES
   BONNIE BECK FRIES                            CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-8597     SSN XXX-XX-7699

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/17/2004 and was confirmed 12/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.61% from remaining funds.

     The case was paid in full 04/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AHS MIDWEST REGION         UNSECURED       NOT FILED             .00             .00
AHS MIDWEST REGION         UNSECURED       NOT FILED             .00             .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED             .00             .00
BANK ONE                   NOTICE ONLY     NOT FILED             .00             .00
BUYERS ONLINE              UNSECURED       NOT FILED             .00             .00
COLLECTECH SYSTEMS         UNSECURED       NOT FILED             .00             .00
COM ED                     UNSECURED       NOT FILED             .00             .00
CROWN MORTGAGE COMPANY     CURRENT MORTG         .00             .00             .00
CROWN MORTGAGE CO          MORTGAGE ARRE   14995.02         1561.53        14995.02
DONALD C DONAGHER          UNSECURED       NOT FILED             .00             .00
FORD MOTOR CREDIT          SECURED          1800.00          299.59         1800.00
ICS                        UNSECURED       NOT FILED             .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         2643.32             .00         2643.32
LAGRANGE MEMORIAL HOSPIT   UNSECURED       NOT FILED             .00             .00
NORTH SHORE AGENCY         UNSECURED       NOT FILED             .00             .00
MCI IL                     UNSECURED       NOT FILED             .00             .00
NATIONAL LEGAL GROUP       UNSECURED       NOT FILED             .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED             .00             .00
NICOR GAS                  UNSECURED        6346.15             .00         2132.89
NORTH SHORE AGENCY         UNSECURED       NOT FILED             .00             .00
P SCOTT LOWERY PC          UNSECURED       NOT FILED             .00             .00
PARKVIEW ORTHOPAEDIC GRO   UNSECURED       NOT FILED             .00             .00
ROMANS                     UNSECURED       NOT FILED             .00             .00
TELECHECK REC SYSTEMS      UNSECURED       NOT FILED             .00             .00
TELECHECK REC SYSTEMS      UNSECURED       NOT FILED             .00             .00
ECMC                       UNSECURED       NOT FILED             .00             .00
NATIONAL LEGAL GROUP       NOTICE ONLY     NOT FILED             .00             .00
STANLEY WEINBERG & ASSOI   UNSECURED       NOT FILED             .00             .00
TELECHECK REC SYSTEMS      UNSECURED       NOT FILED             .00             .00
TELECHECK REC SYSTEMS      UNSECURED       NOT FILED             .00             .00
TELECHECK REC SYSTEMS      UNSECURED       NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 34559 CHARLES EDWARD FRIES & BONNIE BECK FRIES
```

```
FORD MOTOR CREDIT        UNSECURED          514.00          .00        172.75
ROUNDUP FUNDING LLC      UNSECURED         9246.85          .00       3107.79
NATIONAL PAYMENT CENTER  UNSECURED        12812.16          .00       4306.06
INTERNAL REVENUE SERVICE UNSECURED        13374.28          .00       4494.98
PRO SE DEBTOR            DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                     2,146.93
DEBTOR REFUND            REFUND                                        114.41
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             37,775.27

PRIORITY                                    2,643.32
SECURED                                    16,795.02
    INTEREST                                1,861.12
UNSECURED                                  14,214.47
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                        2,146.93
DEBTOR REFUND                                 114.41
                   ---------------        ---------------
TOTALS              37,775.27              37,775.27
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/29/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```